MAY K. ATKINSON, Respondent, *v.* BENJAMIN H. SANDERS et al., Copartners under the Firm Name of FRANK A. SEAVER & Co., Appellants.

(Submitted October 22, 1928; decided October 26, 1928.)

*John W. Van Gordon* for motion.
*Walter L. Durack* opposed.

Motion denied, without costs.